## ALTNEU v. WOOLMAN.

(Supreme Court, Appellate Term.  December 22, 1911.)

COURTS (§ 190*)—MUNICIPAL COURTS—ORDERS APPEALABLE.

An order of the Municipal Court of the City of New York, directing the striking from the judgment of costs taxed against plaintiff, is not appealable.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Samuel Altneu against Isaac Woolman.  Judgment for defendant.  From an order of the Municipal Court, defendant appeals.  Dismissed.

Argued before GIEGERICH, LEHMAN, and PENDLETON, JJ.

Charles Liebling, for appellant.
Jacob J. Schwebel, for respondent.

PER CURIAM.  This is an appeal from an order, made in the Municipal Court, directing the clerk to strike from the judgment the costs taxed against the plaintiff.  An appeal of this character will not lie.  Spiegelman v. Union Ry. Co., 95 App. Div. 92, 88 N. Y. Supp. 478; Averbach v. Hocklik, 63 Misc. Rep. 327, 117 N. Y. Supp. 187.

Appeal dismissed, with $10 costs.